Form order – ntcorder

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

_____

Case No.:  16–34512–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Thomas M Potter                          Melissa A Potter
214 Emerson Street                       fka Melissa A Serad
Woodbury, NJ 08096                       214 Emerson Street
                                         Woodbury, NJ 08096

Social Security No.:
   xxx–xx–5841                            xxx–xx–1214

Employer's Tax I.D. No.:

_____

### NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

        Please be advised that on July 25, 2017, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 37 – 36
Order Granting Application for Extension of Loss Mitigation (Related Doc # 36). Loss Mitigation Period Extended to: 10/13/17. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 7/25/2017. (bc)

        Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: July 25, 2017
JAN: bc

                                         Jeanne Naughton
                                         Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 16-34512-ABA
Thomas M Potter                                                               Chapter 13
Melissa A Potter
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin           Page 1 of 1            Date Rcvd: Jul 25, 2017
                              Form ID: orderntc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2017.
lm              +Bank of America,    450 American Street,    Simi Valley, CA 93065-6285

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2017 at the address(es) listed below:
          Denise E. Carlon   on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa   ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Mitchell L Chambers, Jr.   on behalf of Joint Debtor Melissa A Potter ecfbc@comcast.net
          Mitchell L Chambers, Jr.   on behalf of Debtor Thomas M Potter ecfbc@comcast.net
          Pamela Elchert Thurmond   on behalf of Creditor   City of Philadelphia Pamela.Thurmond@phila.gov,
           James.Feighan@phila.gov
          U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                           TOTAL: 7