Case 16-34512-ABA    Doc 43    Filed 08/02/17    Entered 08/03/17 00:42:33    Desc Imaged
Proposed Order    Page 1 of 2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliancer with D.N.J. LBR 9004-2(c)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
(215) 627-1322
dcarlon@kmllawgroup.com
Attorney for Bank of America, N.A.

In Re:
Thomas M Potter
Melissa A Potter fka Melissa A Serad
                              Debtors

**Order Filed on July 31, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 16-34512-ABA

Judge: Andrew B. Altenburg Jr.

Chapter: 13

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED.**

**DATED: July 31, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on <u>January 17, 2017</u> and Extension of Loss Mitigation on <u>April 18, 2017</u>:

Property: <u>214 Emerson Street, Woodbury, NJ 08096</u>

Creditor: <u>Bank of America, N.A.</u>

and a Request for

☐ Extension of the 90 day Loss Mitigation Period having been filed

by_____.

☒ Early Termination of the Loss Mitigation Period having been filed by <u>Bank of America, N.A.</u>,

and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including_____.

The Loss Mitigation Period is terminated, effective <u>July 25, 2017</u>.

United States Bankruptcy Court
District of New Jersey

In re:                                                        Case No. 16-34512-ABA
Thomas M Potter                                               Chapter 13
Melissa A Potter
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin           Page 1 of 1           Date Rcvd: Jul 31, 2017
                              Form ID: pdf903       Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2017.
db/jdb         +Thomas M Potter,   Melissa A Potter,   214 Emerson Street,   Woodbury, NJ 08096-3226

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Mitchell L Chambers, Jr.    on behalf of Joint Debtor Melissa A Potter ecfbc@comcast.net
          Mitchell L Chambers, Jr.    on behalf of Debtor Thomas M Potter ecfbc@comcast.net
          Pamela Elchert Thurmond    on behalf of Creditor   City of Philadelphia Pamela.Thurmond@phila.gov,
           James.Feighan@phila.gov
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                              TOTAL: 7