Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16−34512−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Thomas M Potter
214 Emerson Street
Woodbury, NJ 08096

Melissa A Potter
fka Melissa A Serad
214 Emerson Street
Woodbury, NJ 08096

Social Security No.:
   xxx−xx−5841                                   xxx−xx−1214

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on February 23, 2018.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 23, 2018
JAN: bc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 16-34512-ABA
Thomas M Potter                                                          Chapter 13
Melissa A Potter
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 2          Date Rcvd: Feb 23, 2018
                               Form ID: 148             Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 25, 2018.
db/jdb         +Thomas M Potter,    Melissa A Potter,    214 Emerson Street,    Woodbury, NJ 08096-3226
516568920      +ATT&T,    P.O. BOX 537104,    Atlanta, GA 30353-7104
516568918      +Aes/goal Financial,    Po Box 61047,    Harrisburg, PA 17106-1047
516588354       BANK OF AMERICA, N.A.,     KML Law Group PC,    Sentry Office Plaza,
                 216 Haddon Avenue, Suite 206,    Westmont, NJ 08108
516568924       City of Philadelphia,    Law Department,    One Parkway Building,    1515 Parkway Building,
                 Philadelphia, PA 19102
516592488      +GOAL FINANCIAL,    PHEAA,   PO BOX 8147,    HARRISBURG,PA 17105-8147
516568927      +LINEBARGER, GOGGAN, BLAIR, & SAMPSON,    4 PENN CENTER,    1600 JFK BLVD.,    STE. 910,
                 Philadelphia, PA 19103-2818
516599803      +New Jersey Turnpike Authority,    Mark Schneider, Esq.,    581 Main Street, PO Box 5042,
                 Woodbridge, NJ 07095-5042
516568930      +PENN MEDICINE,    P.O. BOX 824406,    Philadelphia, PA 19182-4406
516568931       Philadelphia Water Department,    29th & Cambria Sts.,    Philadelphia, PA 19132
516568933      +State of New Jersey,    Division of Taxation,    Revenue Processing Center,    P.O. Box 111,
                 Trenton, NJ 08645-0111
516577369      +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 24 2018 00:00:42     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 24 2018 00:00:38     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr              E-mail/Text: bankruptcy@phila.gov Feb 24 2018 00:01:08     City of Philadelphia,
                 c/o Pamela Elchert Thurmond,    1401 John F. Kennedy Blvd., Room 580,
                 Municipal Services Building,    Philadelphia, PA  19102
516568919      +EDI: GMACFS.COM Feb 23 2018 23:38:00     ALLY FINANCIAL,    200 RENAISSANCE CENTER,
                 Detroit, MI 48243-1300
516787178      +EDI: CINGMIDLAND.COM Feb 23 2018 23:38:00     AT&T Mobility II, LLC,    c/o AT&T Services, Inc.,
                 Karen Cavagnaro,    One AT&T Way, Room 3A104,    Bedminster, NJ 07921-2693
516611204       EDI: GMACFS.COM Feb 23 2018 23:38:00     Ally Capital,    PO Box 130424,
                 Roseville MN 55113-0004
516568921      +EDI: BANKAMER.COM Feb 23 2018 23:38:00     BANK OF AMERICA,    450 AMERICAN STREET,
                 Simi Valley, CA 93065-6285
516568922       EDI: BANKAMER.COM Feb 23 2018 23:38:00     Bankamerica,    Po Box 982238,    El Paso, TX 79998
516669113       EDI: BANKAMER.COM Feb 23 2018 23:38:00     Bank of America, N.A.,    PO Box 31785,
                 Tampa, FL 33631-3785
516568923       EDI: CAPITALONE.COM Feb 23 2018 23:38:00     Capital One Bank Usa N,    15000 Capital One Dr,
                 Richmond, VA 23238
516598888      +E-mail/Text: bankruptcy@phila.gov Feb 24 2018 00:01:08
                 CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,    BANKRUPTCY GROUP - MSB,
                 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
516661682       EDI: CAPITALONE.COM Feb 23 2018 23:38:00     Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
516585531       EDI: DISCOVER.COM Feb 23 2018 23:38:00     Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH  43054-3025
516568925      +EDI: DISCOVER.COM Feb 23 2018 23:38:00     Discover Fin Svcs Llc,    Po Box 15316,
                 Wilmington, DE 19850-5316
517211420       EDI: ECMC.COM Feb 23 2018 23:38:00     ECMC,   po box 16408,    St. Paul, MN 55116-0408
517211421       EDI: ECMC.COM Feb 23 2018 23:38:00     ECMC,   po box 16408,    St. Paul, MN 55116-0408,    ECMC,
                 po box 16408,    St. Paul, MN 55116-0408
516568926      +EDI: IRS.COM Feb 23 2018 23:38:00     IRS,   600 Arch Street,    Room 5200,
                 Philadelphia, PA 19106-1611
516568928      +E-mail/Text: bknotices@mbandw.com Feb 24 2018 00:01:04     MCCARTHY, BURGESS, AND WOLFF, INC.,
                 26000 CANNON ROAD,    Bedford, OH 44146-1807
516568929      +E-mail/Text: Jerry.Bogar@conduent.com Feb 24 2018 00:01:43     NEW JERSEY EZ PASS,
                 375 McCARTER HWY.,    Newark, NJ 07114-2562
516568932      +EDI: RMCB.COM Feb 23 2018 23:38:00     RMCB,   P.O. BOX 1235,    Elmsford, NY 10523-0935
516655456      +EDI: RMSC.COM Feb 23 2018 23:38:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
516568934      +EDI: VERIZONEAST.COM Feb 23 2018 23:38:00     Verizon,    500 Technology Dr,
                 Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 22

           ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****

```
District/off: 0312-1          User: admin              Page 2 of 2               Date Rcvd: Feb 23, 2018
                              Form ID: 148             Total Noticed: 34

lm*            +Bank of America,    450 American Street,    Simi Valley, CA 93065-6285
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2018 at the address(es) listed below:

```
              Brian C. Nicholas    on behalf of Creditor    BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Mitchell L Chambers, Jr.    on behalf of Joint Debtor Melissa A Potter ecfbc@comcast.net
              Mitchell L Chambers, Jr.    on behalf of Debtor Thomas M Potter ecfbc@comcast.net
              Pamela Elchert Thurmond    on behalf of Creditor    City of Philadelphia Pamela.Thurmond@phila.gov,
               James.Feighan@phila.gov
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```